# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY C. WRIGHT,<br><br>    Defendant. | Case No. 3:19-cr-00005-LRH-WGC<br><br>**ORDER** |

  Based on the pending Stipulation of counsel, and good cause appearing, IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, April 6, 2021 at 11:00 a.m., be vacated and continued to Tuesday, June 1, 2021, at 11:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

  DATED this 1st day of April 2021.

                _____
                UNITED STATES DISTRICT JUDGE